**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00134-CR**
**NO. 09-13-00135-CR**

_____

**EDDER ESPINOZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause Nos. 09-06262, 09-06263**

**MEMORANDUM OPINION**

Edder Espinoza filed notices of appeal on March 7, 2013 from sentences pronounced on January 22, 2013. The notices of appeal were not timely filed. *See* Tex. R. App. P. 26.2. No motions for extension of time were timely filed. *See* Tex. R. App. P. 26.3. The Court is without jurisdiction to consider these appeals. The appeals are dismissed.

1

APPEALS DISMISSED.

_____
DAVID GAULTNEY
Justice

Opinion Delivered May 22, 2013
Do Not Publish

Before Gaultney, Kreger, and Horton, JJ.